### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jill E. Lechner                                    CASE NO.: 14-18712-BKC-PGH

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $275.00   for months 1 to 39;
B.   $375.00   for months 40 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $3650.00, PAID: $1650.00, BALANCE: $2000.00
payable: $250.00/mo. (Mos. 1 to 6) & pay $150.00/mo (Mos. 7 to 16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

NONE.

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]


Unsecured Creditors: Pay $100.00/mo, (Mos. 7 to 16), and pay $250.00/mo. (Mos. 17 to39) and pay $341.00/mo (Mos 40 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor to pay Aspen Ridge HOA #56, Bank of America #4387 & US Bank #7710 & 3508 directly. Debtor steps plan in month 40 due to payoff of car with Bank of America. The car at time of payoff will be nine years old and clearly either need to be replaced or will require ongoing repairs.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Jill E. Lechner*
Debtor

Date: 4/24/14

LF-31 (rev. 01/08/10)